UNITED STATES of America, Appellee,

v.

Troy A. MOORE, Appellant.

No. 02–3299.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 26, 2003.

Decided Sept. 5, 2003.

Gwendolyn Dewees Hodge, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Troy A. Moore, Beaver, WV, for Defendant–Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Troy A. Moore appeals the district court's * denial of Moore's motion to re-

* The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

duce his sentence, purportedly brought under 18 U.S.C. §§ 3582 and 3742. Having carefully reviewed the record, we are satisfied the district court correctly held that Moore was not entitled to relief. Accordingly, we affirm. *See* 8th Cir. R. 47B.

* The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.